IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                    )   BANKRUPTCY CASE
                                          )
TRACEY JEANIA FELDER,                     )   NO.: 17-57441-CRM
*aka* **Tracey Jeania Smith**             )
                                          )   CHAPTER 13
       Debtor.                            )
                                          )
                                          )
                                          )
                                          )

OBJECTION TO CONFIRMATION

COMES NOW Ditech Financial LLC (hereinafter known as "Creditor"), a secured creditor holding a Security Deed against the real property commonly known as 128 Montclair Place, Ellenwood, GA 30294 (the "Property"), and for the reasons stated below, objects to confirmation of Debtor's Chapter 13 plan (Doc. No. 2) (the "Plan").

1.

Debtor's Plan underestimates the estimated prepetition arrearage amount of $23,739.40 owed to Creditor for the Property.

2.

Creditor reserves the right to raise the failure of Debtor to have made post-petition mortgage payments if at the time of the confirmation hearing that appears to be the case.

WHEREFORE, Creditor prays that the Court will:

1.  Deny confirmation,

2.  Award reasonable attorney's fees, and

3.  Grant such other and further relief as is just and equitable.

*/s/John D. Schlotter*
John D. Schlotter
GA BAR NO. 629456
Attorney for Creditor
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076
678-281-6453
John.Schlotter@mccalla.com

In Re:   Tracey Jeania Felder                    Bankruptcy Case No.:   17-57441-CRM
         *aka* Tracey Jeania Smith

                                                 Chapter:             13

                                                 Judge                C. Ray Mullins


                          CERTIFICATE OF SERVICE


        I, John D. Schlotter, of MCCALLA RAYMER LEIBERT PIERCE, LLC, 1544
Old Alabama Road, Roswell, Georgia 30076-2102, certify:

        That I am, and at all times hereinafter mentioned, was more than 18 years of age;

        That on the date below, I served a copy of the within OBJECTION TO
CONFIRMATION filed in this bankruptcy matter on the following parties at the
addresses shown, by regular United States Mail, with proper postage affixed, unless
another manner of service is expressly indicated:

Tracey Jeania Felder
128 Montclair Pl
Ellenwood, GA 30294

Karen King                         *(served via email at notices@kingkingllc.com)*
King & King Law LLC
215 Pryor Street
Atlanta, GA 30303

Nancy J. Whaley, Trustee                      *(served via email)*
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE
AND CORRECT.


Executed on:   __5/24/2017__   By:   */s/John D. Schlotter*_____
                (date)               John D. Schlotter
                                     Georgia BAR NO. 629456
                                     Attorney for Creditor