## UNITED STATES BANKRUPTCY COURT
## NOTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| TRACEY JEANIA FELDER | ) | CASE: A17-57441-CRM |
| | ) | |
| | ) | |
| **DEBTOR** | ) | |

## CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS CASE

COMES NOW, Nancy J. Whaley, the Standing Chapter 13 Trustee herein, and objects to Confirmation of the plan for the following reasons:

1.

The Chapter 13 Trustee is unable to determine the feasibility of the Debtor's Chapter 13 plan because Internal Revenue Service records indicate tax returns have not been filed for the period ending December 31, 2016. The failure to file tax returns for the four (4) year period prior to the filing of the bankruptcy case is in violation of 11 U.S.C. Section 1308.

2.

The Debtor has failed to provide to the Trustee a copy of the last tax return filed with Internal Revenue Service in violation of 11 U.S.C. Section 521(e)(2)(A).

3.

The Chapter 13 Trustee requests proof of the post-petition mortgage payments of $1,460.00 per month in order to determine feasibility of proposed plan pursuant to 11 U.S.C. 1325(a)(6).

4.

The Trustee requests a copy of the Debtor's 2016 tax return in order to determine the accuracy and veracity of the plan and/or Schedules. 11 U.S.C. Section 521(1), 11 U.S.C. Section 1325(a)(3), and 11 U.S.C. Section 1325(b)(1)(B).

5.

The proposed plan fails to clearly provide for attorney fees, thereby preventing the Trustee from properly administering the plan.

6.

The Chapter 13 plan proposes to pay $5,000.00 to the Debtor's attorney for payment of attorney fees. The Trustee is unable to determine whether this is a reasonable fee and requests that Debtor's counsel appear at Confirmation and be prepared to present evidence to the Court regarding the reasonableness of the requested fee.

7.

The Debtor is proposing a zero percent (0%) dividend payment to nominal unsecured debt totaling $3,764.45, which may violate 11 U.S.C. Section 1325(a)(3).

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of the Debtor's plan, and to dismiss the case.

This the 8th day of June, 2017.

                                              Respectfully submitted,

                                              /s/_____
                                              Ryan J. Williams
                                              Attorney for the Chapter 13 Trustee
                                              State Bar No. 940874

# CERTIFICATE OF SERVICE

Case No:  A17-57441-CRM

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Objection To Confirmation And Motion To Dismiss Case by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s)**
TRACEY JEANIA FELDER
128 MONTCLAIR PL
ELLENWOOD, GA  30294

**By Consent of the parties,** the following have received an electronic copy of the foregoing Chapter 13 Trustee's Objection To Confirmation And Motion To Dismiss Case through the Court's Electronic Case Filing system.

**Debtor(s) Attorney:**
KING & KING LAW LLC
karen.king@kingkingllc.com

This the 8th day of June, 2017.

/s/_____
Ryan J. Williams
Attorney for the Chapter 13 Trustee
State Bar No. 940874
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303