# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

In Re:  Debtor(s)
**Tracey Jeania Felder**
128 Montclair Pl
Ellenwood, GA 30294

**xxx–xx–8568**

Case No.:  **17–57441–jwc**
Chapter:  **13**
Judge:  **Jeffery W. Cavender**

## NOTICE OF CASE REASSIGNMENT

Notice is hereby given that this case has been reassigned to the **Honorable Jeffery W. Cavender**.

_____

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated:  March 5, 2018

Form 301

United States Bankruptcy Court
Northern District of Georgia

In re:
Tracey Jeania Felder
       Debtor

Case No. 17-57441-jwc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 113E-9      User: newsomed      Page 1 of 2      Date Rcvd: Mar 05, 2018
                      Form ID: 301      Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2018.
```
db              +Tracey Jeania Felder,    128 Montclair Pl,    Ellenwood, GA 30294-4108
20684419        +BANK OF AMERICA NA,     1800 TAPO CANYON CA69140191,   SIMI VALLEY, CA 93063-6712
20684420        +CAPITAL ONE BANK USA NA,    PO BOX 30281,    SALT LAKE CITY, UT 84130-0281
20684421         Citifinancial,    PO Box 220947,    Charlotte, NC 28222
20684432        +EPRA,    PO BOX 9946,    Savannah, GA 31412-0146
20684425        +NISSAN MOTOR ACCEPTANCE,    PO BOX 660366,    DALLAS, TX 75266-0366
20684426        +NORTH AMER CRDT SVCS,    2810 WALKER RD,    CHATTANOOGA, TN 37421-1082
20684427        +PNC Mortgage,    6 N Main St.,    Dayton, OH 45402-1908
20684428        +RECEIVABLE MGMT GROUP,    2901 UNIVERSITY AVE 29,    COLUMBUS, GA 31907-7601
20684431        +Ronald Felder,    128 Montclair Pl,    Ellenwood, GA 30294-4108
20684430        +TD BANK USA/TARGET CREDI,    PO BOX 673,    MINNEAPOLIS, MN 55440-0673
20956135        +Tara K. Miller,    Mark A. Kirkorsky, P.C.,    P.O. Box 25287,    Tempe, AZ 85285-5287
20956136        +United Rentals (North America), Inc.,    c/o Mark A. Kirkorksy, P.C.,    PO Box 25287,
                  Tempe, AZ 85285-5287
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20955067         E-mail/PDF: resurgentbknotifications@resurgent.com Mar 05 2018 23:36:50
                  Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                  Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
20684416        +E-mail/Text: bankruptcy.bnc@ditech.com Mar 05 2018 23:43:37     DITECH FINANCIAL LLC,
                  PO BOX 6172,    RAPID CITY, SD 57709-6172
20754506         E-mail/Text: bankruptcy.bnc@ditech.com Mar 05 2018 23:43:37
                  Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                  Rapid City, South Dakota 57709-6154
20684417         E-mail/Text: brnotices@dor.ga.gov Mar 05 2018 23:42:26     Georgia Department of Revenue,
                  1800 Century Blvd NE Suite 910,    Atlanta, GA 30321
20684422         E-mail/Text: brnotices@dor.ga.gov Mar 05 2018 23:42:26     Georgia Department of Revenue,
                  1800 Century Blvd NE Suite 910,    Atlanta, GA 30321
20684423        +E-mail/Text: ally@ebn.phinsolutions.com Mar 05 2018 23:40:05     GMAC Mortgage,
                  P.O. Box 96063,    Charlotte, NC 28296-0063
20684418         E-mail/Text: cio.bncmail@irs.gov Mar 05 2018 23:41:04     IRS,   Centralized Insolvency Opera,
                  P.O. Box 7346,    Philadelphia, PA 19101-7346
20684424        +E-mail/Text: MVCIBL@VACATIONCLUB.COM Mar 05 2018 23:44:53     Marriott Vacation Club,
                  1200 Bartow Rd.,    Lakeland, FL 33801-5901
20960919         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 05 2018 23:38:48
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
20684429        +E-mail/Text: bcreech@scacollections.com Mar 05 2018 23:46:38     SCA COLLECTIONS INC,
                  300 E ARLINGTON RD 6A,    GREENVILLE, NC 27858-5043
20687926        +E-mail/Text: usagan.bk@usdoj.gov Mar 05 2018 23:43:52     U. S. Attorney,
                  600 Richard B. Russell Bldg.,    75 Ted Turner Drive, SW,    Atlanta GA 30303-3315
                                                                                          TOTAL: 11
```
```
         ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2018               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2018 at the address(es) listed below:
```
              A. Michelle Hart Ippoliti    on behalf of Creditor    Ditech Financial LLC
              Michelle.ippoliti@mccalla.com,    bankruptcyecfmail@mccalla.com
              Heather D. Bock    on behalf of Creditor    Ditech Financial LLC heather.bock@mccalla.com,
              bankruptcyecfmail@mccalla.com;BankruptcyECFMail@mrpllc.com
```

```
District/off: 113E-9          User: newsomed          Page 2 of 2          Date Rcvd: Mar 05, 2018
                             Form ID: 301              Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          John D. Schlotter    on behalf of Creditor    Ditech Financial LLC John.schlotter@mccalla.com,
              bankruptcyecfmail@mccalla.com
          Karen  King   on behalf of Debtor Tracey Jeania Felder myecfkingnking@gmail.com
          Nancy J. Whaley    ecf@njwtrustee.com
                                                                            TOTAL: 5